**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

| | |
|---|---|
| RANDALL FELLBAUM, | |
| Plaintiff, | Case No. 3:20-cv-00945-JDP |
| v. | Honorable James D. Peterson |
| CBE GROUP, INC., | |
| Defendant. | |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

NOW COMES RANDALL FELLBAUM ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, CBE GROUP, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 18, 2021                    Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on January 18, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

<u>*/s/Nathan C. Volheim*</u>
Nathan C. Volheim